UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BECCA COCHRAN,

    Plaintiff,

v.                                                          Case No. 3:25cv243-TKW-ZCB

SECURITIES & EXCHANGE
COMMISSION,

    Defendant.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the amended complaint fails to state a plausible claim for relief. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

1

      3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**